■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS BURGOS, Appellant. [996 NYS2d 917]—

Order, Supreme Court, New York County (Arlene D. Goldberg, J.), entered on or about October 20, 2011, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure to risk level one (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's conduct and accomplishments while incarcerated were not so extraordinary as to warrant a departure from his presumptive risk level, given the seriousness of the underlying crime against a five-year-old child. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.